UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INSTITUTE FOR ENERGY RESEARCH,<br><br>    *Plaintiff*,<br><br>  v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    *Defendant*. | Civil Action No. 18-2966 (CJN) |

## STIPULATION OF DISMISSAL

Defendant the U.S. Department of State and Plaintiff the Institute for Energy Research, by and through their respective undersigned counsel, stipulate and agree that this action under the Freedom of Information Act ("FOIA") shall be, and is hereby, dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| /s/ Christopher Horner<br>Christopher C. Horner, D.C. Bar #440107<br>GOVERNMENT ACCOUNTABILITY<br> & OVERSIGHT P.C.<br>1489 Kinross Lane<br>Keswick, Virginia 22947<br>Telephone: (202) 262-4458<br>chris@chornerlaw.com<br><br>*Counsel for Plaintiff* | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Chief, Civil Division<br><br>By: /s/ Johnny Walker<br>JOHNNY H. WALKER, D.C. Bar # 991325<br>Assistant United States Attorney<br>555 4th Street, N.W.<br>Washington, District of Columbia 20530<br>Telephone: 202 252 2575<br>johnny.walker@usdoj.gov<br><br>*Counsel for Defendant* |

Dated: January 14, 2020